| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**JENKINS & CLAYMAN**<br>Stephanie F. Ritigstein<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor | Order Filed on December 2, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Phillip & Maria Barbour<br>Debtor | Case No.:   19-30496-CMG<br><br>Adv. No.:<br><br>Hearing Date:   November 20, 2019<br><br>Judge:   Honorable Christine M. Gravelle |

## ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: December 2, 2019**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon consideration of debtor's motion to extend the automatic stay , and good cause appearing therefore, it is hereby:

**ORDERED** that:

1. The automatic stay provisions of the bankruptcy code are hereby extended as to all creditors served with the notice of motion pending further order of this court.

2. All future Trustee payments must be received within the month due. If a payment is missed by more than 30 days, the Trustee may certify to this default and submit an Order for Relief from the Stay.

United States Bankruptcy Court
District of New Jersey

In re:  
Phillip S Barbour  
Maria A Barbour  
    Debtors

Case No. 19-30496-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Dec 02, 2019  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2019.  
db/jdb        +Phillip S Barbour,   Maria A Barbour,   50 Tidewater Lane,   Willingboro, NJ 08046-3841

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2019            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2019 at the address(es) listed below:  
         Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
         Albert    Russo     docs@russotrustee.com  
         Aleisha Candace Jennings    on behalf of Creditor    Nationstar Mortgage LLC ajennings@rasflaw.com  
         Stephanie F. Ritigstein    on behalf of Joint Debtor Maria A Barbour jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
         Stephanie F. Ritigstein    on behalf of Debtor Phillip S Barbour jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                           TOTAL: 6