Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−30496−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Phillip S Barbour                   Maria A Barbour
dba Primary Colors, LLC             50 Tidewater Lane
50 Tidewater Lane                   Willingboro, NJ 08046
Willingboro, NJ 08046

Social Security No.:
   xxx−xx−2331                      xxx−xx−1304

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on April 16, 2020.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 16, 2020
JAN: dmi

                                         Jeanne Naughton
                                         Clerk

```
                         United States Bankruptcy Court
                                District of New Jersey

In re:                                                    Case No. 19-30496-CMG
Phillip S Barbour                                         Chapter 13
Maria A Barbour
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2             Date Rcvd: Apr 16, 2020
                              Form ID: 148             Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
db/jdb         +Phillip S Barbour,   Maria A Barbour,   50 Tidewater Lane,   Willingboro, NJ 08046-3841
cr             +SN Servicing Corporation as servicer for U.S. Bank,    Friedman Vartolo LLP,
                 85 Broad Street, Suite 501,   New York, NY 10004-1734
518541113      +Credit Acceptance Corp,   25505 W 12 Mile Road,    Southfield, MI 48034-8316
518541115       Geico,   One Geico Plaza,   Bethesda, MD 20810-0001
518653240      +MidFirst Bank,   999 Northwest Grand Boulevard,   Oklahoma City, OK 73118-6051
518541117      +Midfirst Bank a/k/a Midland Mortgage,   c/o KML Group,   216 Haddon Avenue,   Suite 406,
                 Collingswood, NJ 08108-2812
518541118       Midland Mortgage,   PO Box 268806,   Oklahoma City, OK 73126-8806
518541119      +NJ Department of Labor,   PO BOX 951,   Trenton, NJ 08625-0951
518573488      +Nationstar Mortgage LLC,   RAS Citron LLC,   130 Clinton Road, Suite 202,
                 Fairfield NJ 07004-2927
518625229       PSE&G,   Attn: Bankruptcy Dept.,   PO Box 709,   Newark NJ 07101-0709
518541121       PSE&G CO,   PO BOX 14444,   New Brunswick, NJ 08906-4444
518541120     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  NJ Division of Taxation,    50 Barrack Street,   Trenton, NJ 08695)
518541122      +Seterus d/b/a Mr. Cooper,   PO BOX 1077,   Hartford, CT 06143-1077
518541123      +Willingboro Municipal Utility Authority,   433 John F. Kennedy Way,
                 Willingboro, NJ 08046-2123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 17 2020 01:39:49      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 17 2020 01:39:47      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518541112       EDI: COMCASTCBLCENT Apr 17 2020 05:18:00      Comcast,   PO Box 3001,
                 Southeastern, PA 19398-3001
518541113      +E-mail/Text: ebnnotifications@creditacceptance.com Apr 17 2020 01:39:10
                 Credit Acceptance Corp,   25505 W 12 Mile Road,   Southfield, MI 48034-8316
518541114       E-mail/PDF: creditonebknotifications@resurgent.com Apr 17 2020 01:37:24      Credit One Bank,
                 PO Box 98873,   Las Vegas, NV 89193-8873
518541116       EDI: IRS.COM Apr 17 2020 05:18:00      IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
518551523       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2020 01:36:54      LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518650835      +E-mail/Text: bknotices@snsc.com Apr 17 2020 01:40:15      U.S. Bank Trust National Association,
                 Trustee of the Igloo Series IV Trust,   c/o SN Servicing Corporation,   323 Fifth Street,
                 Eureka, CA 95501-0305
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Nationstar Mortgage LLC,   RAS Citron, LLC,   130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
518557940*     +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
518607515*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  STATE OF NEW JERSEY,    DEPARTMENT OF THE TREASURY,
                 DIVISION OF TAXATION,   P.O. BOX 245,   TRENTON, NJ 08695-0245)
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                 Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 16, 2020
                              Form ID: 148             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2020 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Aleisha Candace Jennings    on behalf of Creditor    Nationstar Mortgage LLC ajennings@rasflaw.com
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric   Clayman    on behalf of Debtor Phillip S Barbour jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Eric   Clayman    on behalf of Joint Debtor Maria A Barbour jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation as servicer for U.S. Bank
           Trust National Association as Trustee of the Igloo Series IV Trust bankruptcy@friedmanvartolo.com
          Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
          Stephanie F. Ritigstein    on behalf of Debtor Phillip S Barbour jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Stephanie F. Ritigstein    on behalf of Joint Debtor Maria A Barbour jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```